

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00328-CR

Alexander Scott **HALEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A20161
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The reporter's record was originally due June 28, 2022, but was not filed. On June 28, 2022, the court reporter filed a notification of late record, requesting an extension until August 12, 2022 to file the record. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record **by August 12, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court